United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

January 31, 2007

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Re: MDL 1742 Ortho Evra Products Liability Litigation

| Transfer of Civil Cases | DC# |
|---|---|
| Young v Johnson & Johnson, et al. | 1:06-2035 |
| Taylor v Johnson & Johnson, et al. | 1:06-2037 JDB |

Dear Sir/Madam:

Enclosed is a certified copy of the Conditional Transfer Order (CTO-28) by the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

**Please e-mail Clerk's Office at the addresses below after the case has been closed. We will retrieve documents electronically**

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk


By _____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov

cc: MDL